UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CASTELAN and MARVIN HUEZO, individuals;<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL STUDIOS, INC., a Delaware Corporation; UNIVERSAL STUDIOS L.L.C., a Delaware limited liability corporation; NBCUNIVERSAL MEDIA L.L.C., a Delaware limited liability corporation; and DOES 1 through 10, Inclusive;<br><br>    Defendants. | Case No.: CV12-05481 JFW (AGRx)<br><br>[The Hon. John F. Walter]<br><br>**Civil Rights**<br><br>**ORDER RE: STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE DEADLINE** |

PURSUANT TO THE STIPULATION of the parties, and finding good cause therefore, this Court HEREBY ORDERS that the settlement conference deadline in this matter be continued, from December 11, 2012 to February 11, 2013.  The Parties shall file a Joint Report re: results of early mediation by February 19, 2013.

DATED:  November 21, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**ORDER RE: STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE DEADLINE**
Case No. CV12-05481 JFW (AGRx)                                                                    1