1  JEFF A. HARRISON (SBN 151227)
   JHarrison@metzharrison.com
2  SARA PEZESHKPOUR (SBN 260240)
   SPez@metzharrison.com
3  **METZ & HARRISON, LLP**
   139 Richmond Street
4  El Segundo, CA 90245
   Tel: (310) 648-8755
5  Fax: (310) 648-8734
6
7  Attorneys for Plaintiffs,
   ANGEL CASTELAN and MARVIN HUEZO
8
9  (Appearances continued on next page)

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CASTELAN, *et al.*; | ) **Case No.: CV12-05481 BRO (AGRX)** |
| Plaintiffs, | ) [The Hon. Beverly Reid O'Connell] |
| vs. | ) **NOTICE OF CONDITIONAL** |
| | ) **SETTLEMENT AND JOINT** |
| | ) **REQUEST TO CONTINUE TRIAL** |
| UNIVERSAL STUDIOS, INC., a Delaware Corporation, *et al.*; | ) **AND RELATED DATES** |
| Defendants. | ) Final Pretrial Conference: August 11, 2014 |
| | ) Trial: September 9, 2014 |

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO CONTINUE TRIAL AND RELATED DATES (L.R. 40-2)**
Case No.: CV12-05481 BRO (AGRX)

| | |
|---|---|
| 1 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 2 | DAVID RAIZMAN, SBN 129407 |
| | david.raizman@ogletreedeakins.com |
| 3 | AMBER L. ROLLER, SBN 273354 |
| 4 | amber.roller@ogletreedeakins.com |
| | 400 South Hope Street, Suite 1200 |
| 5 | Los Angeles, CA 90071 |
| 6 | Telephone:  213.239.9800 |
| | Facsimile:   213.239.9045 |
| 7 | |
| 8 | Attorneys for Defendants |
| 9 | Universal Studios, Inc., Universal City |
| | Studios LLC, and NBCUniversal Media, LLC |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO CONTINUE TRIAL AND RELATED DATES (L.R. 40-2)**
CV12-05481 BRO (AGRX)                                                                                          1

1 Plaintiffs ANGEL CASTELAN and MARVIN HUEZO ("Plaintiffs"), and Defendants UNIVERSAL STUDIOS, INC., UNIVERSAL CITY STUDIOS, LLC, and NBCUNIVERSAL MEDIA, LLC ("Defendants") (collectively with Plaintiffs, the "Parties") through their respective attorneys of record, hereby provide notice to the Court pursuant to L.R. 40-2 that the Parties have reached a settlement in principle regarding Plaintiffs' claims in the above-captioned matter. The Parties are currently drafting settlement documents, including a detailed description of remedial work to be undertaken at the Universal Studios Hollywood theme park and Universal CityWalk shopping center, which are the subject of Plaintiffs' complaint. The Parties anticipate that they will finalize the settlement agreement and have it fully executed within the next sixty (60) days.

Dated: July 31, 2014

**METZ & HARRISON, LLP**

/s/ Jeff A. Harrison
───────────────────────────
JEFF A. HARRISON
SARA PEZESHKPOUR
Attorneys for Plaintiffs, ANGEL CASTELAN and MARVIN HUEZO

Dated: July 31, 2014

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ David Raizman
───────────────────────────
DAVID RAIZMAN
AMBER L. ROLLER
Attorneys for Defendants, UNIVERSAL STUDIOS, INC., UNIVERSAL CITY STUDIOS, LLC, and NBCUNIVERSAL MEDIA, LLC

## SIGNATURES UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court, Central District of California, I, Jeff A. Harrison- the ECF User whose User ID and Password are used in the filing of this document- hereby attest that the authorization of the filing of this document has been obtained from the other signatory to this document.

/s/ Jeff A. Harrison
JEFF A. HARRISON