**JS-6**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANGEL CASTELAN and MARVIN HUEZO, individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL STUDIOS, INC., a Delaware Corporation; UNIVERSAL STUDIOS L.L.C., a Delaware limited liability corporation; NBCUNIVERSAL MEDIA L.L.C., a Delaware limited liability corporation; and DOES 1 through 10, Inclusive;<br><br>Defendants. | ) **Case No.: CV12-05481 BRO (AGRx)**<br>)<br>) [The Hon. Beverly Reid O'Connell]<br>) **Civil Rights**<br>)<br>) **ORDER GRANTING JOINT**<br>) **STIPULATION DISMISSING**<br>) **ACTION WITH PREJUDICE AND**<br>) **RETENTION OF JURISDICTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

///
///
///
///
///

---

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION**
Case No. CV12-05481 BRO (AGRx)                                                                                             1

1
2      Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice and
3   Request for Retention of Jurisdiction and good cause appearing therefor, IT IS
4   HEREBY ORDERED that this Action is dismissed without prejudice and the Court
5   shall retain jurisdiction over this Action for the sole purpose of enforcing the terms of
6   the Parties' confidential settlement agreement.
7
8   **IT IS SO ORDERED.**
9   Dated:  October 27, 2014         _____
10                                    HONORABLE BEVERLY REID O'CONNELL
11                                    UNITED STATES DISTRICT COURT JUDGE

___

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION**
Case No. CV12-05481 BRO (AGRx)                                     2